# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **DANA BOWMAN,** § | |
| § | |
| Plaintiff, § | Civil Action |
| § | No.: 6:19-CV-00240-ADA-JCM |
| § | |
| v. § | |
| § | |
| **COLONIAL CROSSING COMPANY,** § | |
| **LTD., WESTAR BUILDING** § | |
| **CONTRACTOR, LLC, and RAM** § | |
| **CONSTRUCTION COMPANY, LTD.,** § | |
| § | |
| Defendants. § | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Dana Bowman, and Defendants, Colonial Crossing Company, Ltd., Westar Building Contractor, LLC, and RAM Construction Company, Ltd., file this Joint Notice of Settlement and respectfully state:

1. The parties mediated with Ross W. Stoddard, III, in Irving, Texas, on Thursday, February 20, 2020, and have reached a resolution of all claims presented in this matter. The parties have entered into a written settlement agreement, which includes contingent obligations extending for sixty (60) days from the date of the agreement. The parties would request that the court place the case on an administrative hold for sixty (60) days, at the expiration of which the parties anticipate filing a Stipulation of Dismissal.

WHEREFORE, PREMISES CONSIDERED, the parties notify the Court of the resolution of this case.

Respectfully submitted,

**BAIRD, CREWS, SCHILLER & WHITAKER, P.C.**


By:       /s/ *Kevin K. Bonner*
      **KEVIN K. BONNER**
      State Bar Card No.: 24069398
      Direct: (254) 743-7321
      Email: kevinbonner@bcswlaw.com
      **BENJAMIN D. BURNETT**
      State Bar Card No.: 24072012
      Direct: (254) 743-7324
      Email: benjaminburnett@bcswlaw.com
      15 North Main Street
      Temple, Texas 76501
      Fax: (254) 774-9353

**ATTORNEYS FOR COLONIAL CROSSING COMPANY, LTD., WESTAR BUILDING CONTRACTOR, LLC, AND RAM CONSTRUCTION COMPANY, LTD.**

AND

**CALHOUN & ASSOCIATES**


By:       /s/ *Eric G. Calhoun* (with permission)
      Eric G. Calhoun
      Texas Bar No. 03638800
      1595 N. Central Expressway
      Richardson, Texas 75080
      (214) 766-8100
      (214) 308-1947 – Fax
      eric@ecalhounlaw.com
      egcla@ecalhounlaw.com (Assistant)

**Attorneys for Dana Bowman**

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing Joint Notice of Settlement has been served on the following counsel of record via the Court's CM/ECF system:

Eric G. Calhoun
Arthur Connors
Calhoun & Associates
1595 N. Central Expressway
Richardson, TX   75080
*Counsel for Dana Bowman*

On this 25th day of February, 2020.

                                                  /s/ *Kevin K. Bonner*
                                                  Kevin K. Bonner