# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **DANA BOWMAN,**  *Plaintiff* | § § § | |
| | § | **W-19-CV-00240-ADA** |
| -vs- | § § | |
| | § | |
| **COLONIAL CROSSING COMPANY, LTD., WESTAR BUILDING CONTRACTOR, LLC, RAM CONSTRUCTION COMPANY, LTD.,**  *Defendants* | § § § § | |

## ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE

Came on to be heard the parties' Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court having considered same is of the opinion that the same be **GRANTED** and hereby **ORDERS** that this action be, and hereby is, **DISMISSED WITH PREJUDICE** with each party to bear its own costs and attorneys' fees.

**IT IS FURTHER ORDERED** the case is **CLOSED**.

**SIGNED** this 23rd day of April 2020.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE